ECLECTIC INVESTMENT PARTNERS, LP

     *     NO. 2022-CA-0197

VERSUS

     *     COURT OF APPEAL

ANDREW WILSON, SR. AND ANDREW WILSON, JR. AND THE CITY OF NEW ORLEANS

     *     FOURTH CIRCUIT

     *     STATE OF LOUISIANA

     *

     *

* * * * * * *

CONSOLIDATED WITH:

EASY LIVING CONSTRUCTION, LLC

VERSUS

ECLECTIC INVESTMENT PARTNERS, LP AND THE CITY OF NEW ORLEANS

CONSOLIDATED WITH:

NO. 2022-CA-0198

CONSOLIDATED WITH:

ECLECTIC INVESTMENT PARTNERS, LP

VERSUS

CHELSEY RICHARD NAPOLEON, AS EX-OFFICIO RECORDER OF CONVEYANCES FOR THE PARISH OF ORLEANS, IN HER CAPACITY AS CLERK OF THE CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS, AND EASY LIVING CONSTRUCTION, LLC

CONSOLIDATED WITH:

NO. 2022-CA-0199

EAL

LOMBARD, J., CONCURS IN THE RESULT